Constancio LARA, Jr., Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2011–3067.

United States Court of Appeals,
Federal Circuit.

Oct. 26, 2011.

Before PROST, MAYER, and
GAJARSA, Circuit Judges.

**ON MOTION**

PER CURIAM.

**ORDER**

Constancio Lara, Jr. moves for reconsideration of the court's order dismissing this petition as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.